## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
___WAYCROSS___ DIVISION

### QUESTIONNAIRE FOR PRISONERS PROCEEDING
### PRO SE UNDER 42 U.S.C.§ 1983

_Harlem Martinez # 1000490947_

_____

_____

_____

(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF)

Plaintiff(s)

VS.

_Warden, Hilton Hall; Assist. Warden,_
_Rick Stone; Librarian, L. Walker._
_GDC Commissioner; ▮Greg Dozier▮_
(▮▮▮▮) ▮▮▮▮▮▮▮▮; et. al;

(NAME OF EACH DEFENDANT)

Defendant(s)

**U. S. DISTRICT COURT**
**Southern District of GA**
**Filed In Office**

9/14 ____ M
TRB 20 17

**Deputy Clerk**

CIVIL ACTION NO: **S17cv119**

* Jury Trial Requested

* Class Action Sought

## I. GENERAL INFORMATION

1. Your full name <u>and</u> prison number(s): _HARLEM MARTINEZ #1000490947_

2. Name and location of prison where you are <u>now</u> confined: _Coffee Correctional Facility_ _1153 N. Liberty St. Nicholls, GA. 31554_

3. Sentence you are now serving (how long?): _40 years confinement_

   (a) What were you convicted of? _Family violence, ect...._

   (b) Name and location of court which imposed sentence: _Gwinnett County GA._ _75 Langley Drive Lawrenceville, GA. 30046-6935_

   (c) When was sentence imposed? _Feb 25, 2011_

   (d) Did you appeal your sentence and/or conviction? ☑Yes ☐ No

   (e) What was the result of your appeal? _Denied_

   (f) Approximate date your sentence will be completed: _Feb 25, 2049_

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in any federal or state court dealing with the SAME FACTS involved in this lawsuit or otherwise related to your imprisonment?          ☐ Yes          ☑ No

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH.)

    (a) Parties to the previous lawsuit:

    Plaintiff(s): _____ N - A _____

    Defendant(s): _____ N - A _____

    (b) Name of Court: _____ N - A _____

    (c) Docket Number: __ N - A __  When did you file this lawsuit? __ N - A __

    (d) Name of judge assigned to case: _____ N - A _____

    (e) Is this case still pending?          ☐ Yes          ☑ No

    (f) If your answer to (e) is "No," when was it disposed of and what were the results?
    (DID YOU WIN?  WAS THE CASE DISMISSED?  DID YOU APPEAL?) _____
    _____ N - A _____

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. Where are you now confined? _Coffee Correctional Facility_

    (a) How long have you been at this institution? _Two Years_

    (b) Does this institution have a grievance procedure?          ☑ Yes          ☐ No

    (c) If your answer to question 6(b) is "Yes," answer the following:

        (1) Did you present your complaint(s) herein to the institution as a grievance?
        ☑ Yes          ☐ No

        (2) What was the result? _It was denied by the Warden/Superintendent and G.D.C. Southwest Regional Office of Professional Standards Superintendent_

    (d) If your answer to question 6(b) is "No," explain why not: _____
    _____ N - A _____

(e) What, if anything, have you done to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to: _____

*I personally spoke with the Librarian L. Walker, and my Case Manager*

*S. Williams who advised me to file a grievance on 9-24-15 # 204867*

7. In what other institutions have you been confined? Give dates of entry and exit.

*Hays State Prison - entered sometime in 2012, and exited sometime in Aug. 2015*

## VI: PARTIES TO THIS LAWSUIT

8. List the name and address of each plaintiff in this lawsuit.

*PLEASE SEE ATTACHMENT (A.)*

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit.
(ATTACH ADDITIONAL PAGES IF NECESSARY)

*PLEASE SEE ATTACHMENT (B.)*

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT. If the court needs additional information from you, you will be notified.

## STATEMENT OF CLAIM (Continued)

Where did the incident you are complaining about occur?   That is, at what institution or institutions?

Coffee Correctional Facility ( i.e. Core Civic )

When do you allege this incident took place? September 24, 2015

What happened? SEE ATTACHMENT (A.)

11. List the name and address of every person you believe was a witness to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened.

(USE ADDITIONAL SHEETS, IF NECESSARY)

PLEASE SEE ATTACHMENT (A.)

12. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes.

(USE ADDITIONAL SHEETS, IF NECESSARY)

PLEASE SEE ATTACHMENT (A.)

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you <u>will</u> be afforded an opportunity to respond thereto.

14. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT. That means you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT. IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE. If you fail to prosecute your case, it will be dismissed under Rule 41 of the *Federal Rules of Civil Procedure*.

Signed this ___5th___ day of ___September___, 20 _17_.

_____
*(Signature of Plaintiff)*

# ATTACHMENT

# A.

## I.  Jurisdiction

1.      This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a) (3). Plaintiff Martinez seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Martinez's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

## II.  PLAINTIFF

2.      Plaintiff Harlem Martinez, is and was at all times mentioned herein a prisoner of the State of Georgia in the custody of the Georgia Department of Corrections. He is currently confined in Coffee Correctional Facility, in Nicholls, Georgia.

## III.  Defendants

3.      Defendant Greg Dozier is the Commissioner of the Department of Correction which over-see's all state and privet prisons in the state of Georgia. He is legally responsible for the equal treatment of all state inmates.

1.

4.     Defendant Hilton Hall is the Warden of Coffee Correctional Facility. He is legally responsible for the operation of Coffee Correctional Facility and for the equal treatment of all inmates of that prison.

5.     Defendant Rick Stone is the Assistant Warden of Administration of Coffee Correctional Facility. He is legally joint responsible for the operation of Coffee Correctional Facility and for the equal treatment of all inmates of that prison.

6.     Defendant L. Walker is the law librarian of Coffee Correctional Facility. She is legally joint responsible for the operation of the law library at Coffee Correctional Facility and for the equal treatment of all inmates of that prison.

7.     ▄▄▄▄ Each defendant is sued individually and in his/her official capacity. At all times mentioned in this complaint each defendant acted under color of state law.

## IV. FACTS

8.     At all times relevant to this case Plaintiff Harlem Martinez was housed at Coffee Correctional Facility.

Plaintiffs right to be free from racial discrimination ▄▄▄ under the Equal Protection Clause of the Fourteenth Amendment was violated by all herein named Defendants.

2.

9.     All Defendants herein, acting under the color of state law, have been enforcing and encourging the enforcement of an illegal unwritten policy, custom and practice of denying Hispanic prisoners, such as the herein plaintiff, to adequate access to legal materials (i.e. State and Federal Statutes, Shepards Citations, Basic treatises on habeas corpus, prisoner's civil rights, State and Federal law reporters from the past few decades and criminal law).

10.    All legal material in the prison law library is in english only and plaintiff, as well as other Hispanic's here, do not speak or read english.

11.    This discriminatory action was and is purposeful and with clear malicious intent to deny the Plaintiff, and all other non english speaking prisoner's here, their First Amendment right to adequately and effectively petition the goverment for the redress of grievances, and his Fifth and Fourteenth Amendment rights to due process.

12.    On or around September of 2015 Plaintiff Martinez arrived at Coffee Correctional Facility from Hays State Prison.

13.    Martinez quickly discovered that the law library at Coffee Corr. Facility had only one bilingual law book available to the entire spanish speaking prison population.

14.    Martinez went to the law librarian L. Walker and voiced his concern (through an interpreter) and asked for assist-ance in obtaining spanish law books, material, and or computer's like all the english speaking inmates have access to, so he could

adequately present his habeas corpus in court.

15.    Ms. Walker told Plaintiff Martinez that would not happen because the policy here, (at Coffee Correctional Facility) per the administrative staff "from the top to me", did not require anyone to provide any spanish law books or material and that Plaintiff should "learn to speak and read english since he was in America" or to "stay out this country".

16.    Martinez was greatly offended and frustrated by the answer and attitude he got from Ms. Walker and wanted to challenge this policy.

17.    Martinez, with the help of another inmate, searched for this policy that Ms. Walker mentioned, however he could not find it.

18.    Martinez later on spoke with his case manager Ms. Williams about this policy and Ms. Walkers attitude the following day.

19.    Ms. Williams explained to Martinez that no such policy was on the books, that was just one of the many discriminatory practices of the administrative staff at this prison.

20.    Martinez asked Ms. Williams who makes these policies and she explained that "the D.O.C. commissioner makes the official and unofficial policies which the staff at all prison in Georgia enforce, however, the warden and his administrative staff sets local policies that are not all written down."

21.    Martinez asked Ms. Williams how he could change this policy because he had been struggling with the court's and inmates

for the past few years trying to adequate present his case in court.

22.   Ms. Williams instructed him to file a grievance which he did with the help of a fellow inmate (see Exhibit A).

23.   The Warden Hall responded in about thrity days denying Martinez grievance because Ms. Walker told him that the law library had ONE biligual law book available (see Exhibit B).

24.   Frustrated, with the help of an inmate, he appealed to the Georgia Department of Corrections and explained that the biligual law book available was not sufficient to assist him in filing his habeas petition. (see Exhibit C).

25.   Within two months he received a response back on his appeal from the Georgia Department of Correction Southwest Region Office of Professional Standards denying his grievance because the prison librarian Ms. Walker said that the library has ONE bilingual law book. (see Exhibit D).

26.   Frustrated and discouraged Martinez went around searching and begging inmates that were bilingual to help him with this issue and his habeas petition.

27.   This was a difficult process since all the english speaking prisoners did not all know much or anything about the law or the legal process so this took alot of time and caused Martinez alot of hardship.

28.   For a brief history: On or around Oct 1, 2013, with the help of a prisoner, Martinez filed his habeas petition in Chattooga County Superior Court. Civil Action No. 2013CA39697.

29.   Martinez was transferred to Coffee Correctional around September 2015 and notified the Chattooga County Court Judge that he had transferred.

30.   The Superior Court Judge of Chattooga County issued an order that Martinez case be transferred to Coffee County Superior Court. Civil Action No. 2015S10737.

31.   After some months had passed with no word, and speaking with inmates about his case a prisoner told Martinez he had filed in the wrong Court.

32.   Scared that he had been mislead he followed this prisoners advise to voluntarily withdraw his habeas petition in Coffee Superior Court without prejudice, which was granted Dec. 30, 2015.

33.   Martinez, with the advice of a this inmate, filed a Federal Habeas petition in the U.S. District Court, Northern District of Georgia on Nov. 5, 2015. Civil Action No. 1:15-CV-4015-WSD-GGB.

34.   On June 22, 2016 Martinez learn's that he has been mislead and the U.S. District Court denied and dismissed his Federal Habeas Petition for failing to exhaust all state Court remedies.

35.   Frustrated and upset, but not willing to give up Martinez finds another english speaking/reading inmate to help him refile his state habeas petition in the Coffee County Superior Court Aug 15, 2016

36.   Martinez habeas was reinstated and an evidentary hearing was set for March 15, 2017. Civil Action No. 2016-S09-668

37.   At the March 15, 2017 evidentary hearing Martinez had difficultly explaining his issues (Grounds) to the Judge, in response

to a motion filed by the Respondents requiring Martinez to provide a more definite statement of his ineffective assistance of counsel claims filed and ordered Jan 12, 2017.

38.     The above outline is just a example of the trouble Martinez has faced as a result of the discriminatory actions of the Defendants.

39.     Martinez was hindered and frustrated by the lack of adequate access to spanish (bilingual) law books and materials due to the discriminatory actions, attitudes, customs, policies and practices of all the herein named Defendants.

40.     Martinez has not been able yet to adequately present his case to the habeas court and even the habeas judge the honorable Clarence D. Blount, is frustrated with Martinez inadequate filing and in court discussions and has postponed his evidentuary hearing and has even hinted at dismissing his petition.

41.     Martinez is begging this honorable Court for help in protecting his constitutional rights against this clear, intentional and malicious racial discrimination and this continued and intentional inadequate access to the courts before he suffer irreparable harm.

## V.  ██. LEGAL CLAIMS

42.     The Plaintiff, Martinez realleges and incorporate by reference all paragraphs above ██ 1- 42.

43.     Defendant ██ Dozier, as the final policy-maker of all the Georgia Department of Corrections and who has direct authority over all prisons in the state of Georgia, did purposefully and with malicious

intent, directly and or indirectly, discriminate against Martinez, a spanish speaking prisoner, by creating and or conspiring with other's to create and enforce unwritten policies, customs and practices which are plainly aimed at denying Martinez, a spanish speaking prisoner, with adequate access to spanish legal materials and to frustrate and deny his right to petition the goverment adequately and effectively for the redress of grievances.

44.     Defendant ▆▆▆▆▆ by witnessing Defendant Hall's, Stone's and Walkers illegal action, failing to correct / report that misconduct, and encouraging the continuation of the misconduct, Defendant Dozier's actions are and have been violating Martinez rights under the First, Fifth and Fourteenth Amendments to the U.S. constitution and is presently causing injury to Martinez's First Amendment rights.

45.     Defendant Hall, as the final policy-maker of Coffee Correctional Facility did purposefully and with malicious intent, directly and or indirectly, discriminate against Martinez, a spanish speaking prisoner, by creating and or conspiring with other's to create and enforce unwritten policies, customs and practices which are plainly aimed at denying Martinez, a spanish speaking prisoner, with adequate access to spanish legal materials and to frustrate and deny his right to petition the government adequately and effectively for the redress of grievances.

46.     Defendant by witnessing Defendant's Stone's, and Walker's illegal action, failing to correct / report that misconduct, and encouraging the continuation of the misconduct, Defendant Hall's actions have and are violating Martinez's rights under the

First, Fifth and Fourteenth Amendments to the U.S. Constitution and is presently causing injury to Martinez's First Amendment rights.

47.    Defendant Stone, as a final policy-maker of Coffee Correctional Facility did purposefully and with malicious intent, directly and or indirectly, discriminate against Martinez, a spanish speaking prisoner, by creating and or conspiring with others to create and enforce unwritten policies, customs and practices which are plainly aimed at denying Martinez, a spanish speaking prisoner, with adequate access to spanish legal materials and to frustrate and deny his right to petition the government adequately and effectively for the redress of grievances.

48.    Defendant by witnessing Defendant Hall's and Walker's illegal action, failing to correct/report that misconduct, and encouraging the continuation of the misconduct. Defendant Stone's actions have and are violating Martinez's rights under the First, Fifth and Fourteenth Amendments to the U.S. Constitution and is presently causing injury to Martinez's First Amendment rights.

49.    Defendant Walker as the law librarian at the Coffee Correctional Facility did purposefully and with malicious intent, directly and or indirectly, discriminate against Martinez, a spanish speaking prisoner, by creating and or conspiring with others to create and enforce unwritten policies, customs and practices which are plainly aimed at denying Martinez, a spanish speaking prisoner, with adequate access to spanish legal materials and to frustrate and deny his right to petition the government adequately and effectively for

the redress of grievances.

50.      Defendant by witnessing Defendant Hall's and Stone's illegal action, failing to correct / report that misconduct, and encouraging the continuation of the misconduct. Defendant Walker's actions have and are violating Martinez's rights under the First, Fifth and Fourteenth Amendments to the U.S. Constitution and is presently causing injury to Martinez's First Amendment rights.

51.      Plaintiff Martinez has no plain, adequate or complete remedy at law to redress the wrongs described herein.

52.      Plaintiff Martinez has been and will continue to be irreparably injured by the conduct of the defendants unless this honorable Court grant the declaratory and injunctive relief which Plaintiff seeks.

## VI. PRAYER FOR RELIEF

53.      WHEREFORE, plaintiff respectfully prays that this Court enter judgment :

54.      Granting Plaintiff Martinez a declaration that the acts and omissions described herein violate his rights under the Constitution and the laws of the United State, and

55.      A preliminary and permanent injunction ordering defendants Dozier, Hall, Stone and Walker to cease their discriminatory actions and denial of adequate access to the Courts toward Plaintiff Martinez which has not and is not being done to advance a compelling government interest, and

10.

56. Granting Plaintiff Martinez compensatory damages in the amount of $5,000.00 against each defendant jointly and severally.

57. Granting Plaintiff Martinez punitive damages in the amount of $15,000.00 against each defendant jointly and severally.

58. Plaintiff also seeks a jury trial on all issues triable by jury.

59. Plaintiff also seeks recovery of his cost in this suit, and

60. Any additional relief this Court deems just, proper, and equitable.

This _5th_ day of _September_ 2017.

Respectfully Submitted

*Harlem Martinez*

Pro se

Harlem Martinez (800 QQ)

#1000490947

Coffee Correctional Facility

1153 N. Liberty St.

Nicholls, GA. 31554

11.

## <u>VERIFICATION</u>

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged ████████ on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing is true and correct.

Executed this __5th__ day of __September__ 2017 at Coffee Correctional Facility, Nicholls Georgia.

Respectfully Submitted

*Harlem Dutier*

Pro Se

Harlem Martinez

# 1000490947   (800 QQ).

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing documents upon the Court listed below by depositing a copy of the same in the prison mail box to be placed by prison staff in the U.S. mail in a properly addressed envelope with adequate postage thereon. ▬

: Southern District of Georgia
  Att: Clerk's office U.S. Courthouse
125 Bull street, Room 304,
Savannah, GA. 31401

Documents :
• Civil Action Petition under 42 U.S.C. 1983

• Motion to Proceed Without Prepayment of fees and Affidavit

This ___5th___ day of ___September___ 2017

Respectfully Submitted

*Harlem Martinez

Pro Se
Harlem Martinez
#1000490947  (800 QQ)
Coffee Correctional Facility
1153 N. Liberty St.
Nicholls, GA. 31554

13.

EXHIBIT'S

A. ——— D.

Exhibit — A

CONFIDENTIAL
**Offender GRIEVANCE FORM (Facsimile)**

Attachment 1
SOP IIB05-0001

---

INSTITUTIONAL STAFF USE ONLY

OFFENDER NAME: Harlem D. Martineze-Cruz   OFFENDER NUMBER: 1000490947

INSTITUTION: Coffee CF   GRIEVANCE NUMBER: 204867

DATE COMPLETED FORM RECEIVED FROM: OFFENDER 9-24-2015   BY CM S. Williams

DATE APPEAL RECEIVED   BY

---

**THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAME OF PERSONS INVOLVED, AND WITNESSES.**

DESCRIPTION OF INCIDENT: On 9-23-2015, I am pre pairing for my habeas corpus, And I need Law books in Spanish writeing to help me fight my conviction, (RJO.)

RESOLUTION REQUESTED:

Please Get Law Books in Spanish writeing.

Harlem D. Martineze - Cruz

OFFENDER Signature Harlem D. Martineze Date 9-23-2015

*Is this grievance being filed within the 10 day time limit? Please answer ● Yes or ○ No . If the answer is No, please explain why.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL**

OFFENDER'S NAME: Harlem Martinez  I.D. #: 1000490947

I ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE OFFENDER

DATE: 9 24, 2015  COUNSELOR'S SIGNATURE _____

RETENTION SCHEDULE: - Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

*PI-2001 (REV. 10/01/98)*

Exhibit B

Attachment 4
SOP II305-0001

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

Offender's Name:    Harlem Martinez

GDC #:              1000490947

Grievance Number:       204867

Facility:               **Coffee Correctional
                        Facility**

RESPONSE TO GRIEVANCE:
A review of your complaint has found that according to Librarian L. Walker, the New Library does have
one biligual law book.  No further action is warranted.

_____          10/21/15
Warden's/Superintendent's signature      (date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____          10-21-15
Offender's signature                     (date)

---

*You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator.
If the last day is not a business day at your institution, you may file it on the next day that is a business
day.*

DATE APPEAL RECEIVED FROM OFFENDER _____

## GRIEVANCE APPEAL FORM

ATTACHMENT 5
SOP IIB05-0001

__Harlem Martinez__            __1000490947__            __204867__
OFFENDER NAME                   I.D. NUMBER              GRIEVANCE NUMBER

I reject the Warden's/Superintendent's response to my grievance.  The basis for this appeal is as follows:

I've spoken with Librarian L. walker and the only Spanish writing Law book they had was = A Bilingual Guide to everyday legal issue's, this book had no statues of GA Law, No case law, no civil trial pratice and procedure, no civil Rules and procedure, which I'm being denied Access to the Courts a civil Right Violation on filing my habeas corpus petition. There Are no law Book or Blacks law dictionary in spanish, "fundamental Constitutional right Access to the Courts requires providing prisoners with adequate law libraries "see supreme court of U.S. Verson Bounds etc al, V. Robert Bobby Smith et al. 430 U.S. 817.97. S.CT 1491 (1976) (197

NOTE:  The option to appeal a proposed resolution rests with the grievant.  All grievances indicating a desire for appeal will be forwarded to the next level.  However, to allow a full review of all issues the grievant wishes considered, he or she should state these reasons clearly in the appeal.  Statements such as "not satisfied" or "appeal further" will result only in a general review.  <u>If for some reason this appeal is being submitted later than the allotted time frame, please state clearly reasons why if you wish for this appeal To be considered.</u>  This appeal form along with the grievance form must be submitted to your Counselor or Grievance Coordinator.

INMATE'S
SIGNATURE: _Harlem D. Martinez_            DATE: _10-22-15_
                                           (Reproduced locally)

----------------------------------------------------------------

## RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

INMATE'S NAME: _____        - I.D.# _____

I ACKNOWLEDGE RECEIPT OF GRIEVANCE APPEAL NUMBER_____ FROM THE ABOVE INMATE.

DATE: ____/____/____

COUNSELOR'S SIGNATURE: _____

RETENTION SCHEDULE: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

PI-2001 (REV. 10/01/98



Georgia Department of Corrections
Office of Professional Standards
P.O. Box 1529
Forsyth, Georgia 31029

ATTACHMENT 9
SOP IIB05-0001

Nathan Deal
Governor

Homer Bryson
Commissioner

## CENTRAL OFFICE APPEAL RESPONSE

**Offender's Name:** Harlem Martinez

**GDC#:** 1000490947

**Grievance Number:** 204867

**Facility:** Coffee CF

A member of my staff has reviewed your grievance. You allege that on 9-23-15 you were preparing for your habeas corpus and you needed law books in Spanish writing. This review revealed that according to Librarian Walker, the new library does have one bilingual law book. No further action is warranted.

_William Burse_

William Burse, Southwest Region
Office of Professional Standards

_12-1-15_
(Date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_Harlem Martinez_

Offender's signature

_12.10.15_
(date)