**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

HARLEM MARTINEZ,

    Plaintiff,

v.

WARDEN HILTON HALL; GREG DOZIER; ASST. WARDEN RICK STONE; LINDA WALKER; and TIMOTHY WARD,

    Defendants.

CIVIL ACTION NO.: 5:17-cv-119

**O R D E R**

After an independent and de novo review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 103), to which Plaintiff filed Objections, (doc. 105). Plaintiff's Objections, while responsive to the Magistrate Judge's Report and Recommendation, assert no new material facts or arguments relevant to his equal protection claim. Plaintiff cites to no new case law supporting his case and fails to distinguish the Magistrate Judge's cited authority in any meaningful way. After a careful review of the entire record including the Objections, the Court wholly concurs with the Magistrate Judge's Report and Recommendation. Therefore, the Court **OVERRULES** Plaintiff's Objections.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation. The Court **GRANTS** Defendants' Motions for Summary Judgment, **DISMISSES** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal,

and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 8th day of April, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA