# United States District Court
## Southern District of Georgia

HARLEM MARTINEZ,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:17-cv-119

WARDEN HILTON HALL; GREG DOZIER; ASST. WARDEN RICK STONE; LINDA WALKER; and TIMOTHY WARD,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated April 8, 2020, adopting the Report and Recommendation of the United States Magistrate Judge as the opinion of this Court, judgment is entered granting Defendants Timothy Ward, Greg Dozier, Linda Walker, Hilton Hall, and Rick Stone's Motions for Summary Judgment, dismissing Plaintiff's Complaint, and denying Plaintiff in forma pauperis status on appeal. This case stands closed.

Approved by: _____

April 13, 2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

_____
*(By) Deputy Clerk*