IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| HARLEM MARTINEZ, <br><br> Plaintiff, <br><br> v. <br><br> WARDEN HILTON HALL, et. al., <br><br> Defendants. | CIVIL ACTION NO.: 5:17-cv-119 |

**O R D E R**

The Judgment of the Court in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS ORDERED AND ADJUDGED** that the Mandate of the United States Court of Appeals is made the Order of this Court.

**SO ORDERED**, this 14th day of June, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA